UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW REED,<br><br>                 Plaintiff,<br><br>   v.<br><br>BRIAN FENSKE, *et al.*,<br><br>                 Defendants. | Case No. C12-1430-RAJ-JPD<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE ADDRESSES FOR SERVICE |

The Court, having reviewed the record, does hereby find and ORDER as follows:

(1) The service papers mailed to defendants Eric Mileli and Aaron Arnold at the address provided by plaintiff in his amended complaint were returned to the Court by the Post Office with a notation apparently indicating that no such address exists. (*See* Dkt. Nos. 21 and 22.) If plaintiff wishes to pursue this action against defendants Mileli and Arnold he must provide current addresses at which these defendants may be served.

(2) Plaintiff is directed to provide the Court with addresses for defendants Mileli and Arnold within *thirty (30) days* of the date of this Order. Plaintiff's failure to provide this information may result in dismissal of these defendants from the action.

ORDER DIRECTING PLAINTIFF TO
PROVIDE ADDRESSES FOR SERVICE - 1

(3)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Richard A. Jones.

DATED this 9th day of September, 2013.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER DIRECTING PLAINTIFF TO
PROVIDE ADDRESSES FOR SERVICE - 2